JUDGE KEENAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                                07 CRIM 1141

PUI CHI NG,                        :
   a/k/a "Sunny Ng,"
                                   :
            Defendant.
                                   :
- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about January 2007, up to and including on or about April 12, 2007, in the Southern District of New York and elsewhere, PUI CHI NG, a/k/a "Sunny Ng," the defendant, unlawfully, willfully, and knowingly did corruptly alter and mutilate a record, document, and other object, with the intent to impair the object's integrity and availability for use in an official proceeding, to wit, NG falsified the medical records of another person to make it appear that those records were his own, and submitted them, through his counsel, to a United States District Judge in the Southern District of New York for consideration in connection with a proceeding in order to delay his surrender for service of a previously imposed sentence.

(Title 18, United States Code, Section 1512(c)(1).)

COUNT TWO

The Grand Jury further charges:

2. From on or about January 24, 2007, up to and

including on or about May 30, 2007, in the Southern District of New York and elsewhere, PUI CHI NG, a/k/a "Sunny Ng," the defendant, unlawfully, willfully, and knowingly did corruptly obstruct, influence, and impede an official proceeding, and did attempt so to do, to wit, NG falsified the medical records of another person to make it appear that those records were his own, and submitted them, through his counsel, to a United States District Judge in the Southern District of New York for consideration in connection with a proceeding in order to delay his surrender for service of a previously imposed sentence.

(Title 18, United States Code, Section 1512(c)(2).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PUI CHI NG,
a/k/a "Sunny Ng,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1512(c)(1) & (c)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

12/12/07 Filed Indictment. A/W issued. Case assigned to Judge Keenan.
& Mag. Judge Katz