UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
         -against-               :         07 CR. 1141 (JFK)
                                 :
         Pui Ching               :         ORDER
                                 :
                                 :         USDC SDNY
         Defendant(s).           :         DOCUMENT
-----------------------------------------X  ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: 2-26-2008

JOHN F. KEENAN, United States District Judge:

The Court having been advised that defense counsel require additional time to assess the nature and strength of the Government's case and to determine if a disposition in the matter is appropriate, the period from February 27, 2008 until March 14, 2008 at 9:30 am, is excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and to prevent any possible miscarriage of justice. The Court finds that the value of this exclusion outweighs the best interests of the defendant(s) and the public interest in a speedy trial. This Order is made pursuant to 18 U.S.C. § 3161(h)(8)(B)(IV).

SO ORDERED.

Dated:   New York, New York
         February 26, 2008

                                     JOHN F. KEENAN
                                     United States District Judge