UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :    07 CR. 1141 (JFK)
       -against-                        :
                                        :    **ORDER**
                                        :
Pui Chi Ng                              :    USDC SDNY
              Defendant(s).             :    DOCUMENT
                                        :    ELECTRONICALLY FILED
----------------------------------------X    DOC #: _____
                                             DATE FILED: 3-11-08

JOHN F. KEENAN, United States District Judge:

    The Court having been advised that defense counsel require additional time to assess the nature and strength of the Government's case and to determine if a disposition in the matter is appropriate, the period from March 14, 2008 until April 15, 2008 at 10:30am is excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and to prevent any possible miscarriage of justice. The Court finds that the value of this exclusion outweighs the best interests of the defendant(s) and the public interest in a speedy trial. This Order is made pursuant to 18 U.S.C. § 3161(h)(8)(B)(IV).

    SO ORDERED.

Dated:   New York, New York
         March 11, 2008

                                                  JOHN F. KEENAN
                                                  United States District Judge